IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DECKRICE L. MORRISSEY,      )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )     3:15cv500-MHT
                            )         (WO)
CHRISTOPHER CHRISTIAN,      )
et al.,                     )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner, filed this lawsuit challenging the actions of her former probation officer and a detective in the failing to investigate criminal charges against her both before and after her arrest. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of August, 2015.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE